## No. 8803.

### SAMUEL FRIEDLANDER VS. ELVIRA A. BROOKS ET ALS.

Where a creditor of the husband sues to annul a judgment of separation of property between the husband and his wife, and denies any indebtedness on the part of the husband to his wife, and charges fraud and collusion between them, the burden is on the wife to sustain the validity of the judgment.

Where the husband, in an embarrassed condition, conveys his plantation to his mother-in-law, a resident of another State, who does not take possession of the property, and subsequently conveys title to the property to her daughter, the wife of her vendor, in the absence of any proof of the validity of these sales and of means to make the purchases, the sales will be held to be simulated.

APPEAL from the Eighth District Court, Parish of Madison. *Delony*, J.

---

*A. L. Slack* for Plaintiff and Appellant.

*J. C. Seale* and *Ogden & Hill* for Defendants and Appellees.

---

The opinion of the Court was delivered by TODD, J.